H. H. LOCKWOOD, APPELLEE, V. GEORGE COOK ET AL., APPELLANTS.

FILED MARCH 22, 1899. No. 8842.

Affirmance under rulings in case preceding. (*Lockwood v. Cook*, 58 Neb. 302.

APPEAL from the district court of Lancaster county. Heard below before HOLMES, J. *Affirmed.*

*A. W. Martin*, for appellants.

*John L. Doty*, contra.

HARRISON, C. J.

The questions in this case do not differ from those adjudicated in the decision in the case of the same title (*Lockwood v. Cook*, 58 Neb. 302), and in which an opinion is filed of this date; and in accordance with the views expressed, the order of the district court must be

AFFIRMED.